503 A.2d 1

**COMMONWEALTH**

v.

**Keith LUCAS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 25, 1984.

Petition for Allowance of Appeal GRANTED.